974

No. 10–425.   BAUER ET AL. *v.* SHEPARD ET AL.   C. A. 7th Cir. Certiorari denied.

No. 10–836.   TIEN *v.* MING TIEN ET AL.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 10–865.   WYNNE *v.* RENICO, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 10–962.   ALASKA AIRLINES, INC. *v.* EID ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 10–963.   PROGRESSIVE CASUALTY INSURANCE CO. *v.* ESTATE OF PALOMERA-RUIZ, DECEASED, ET AL.   Ct. App. Ariz. Certiorari denied.

No. 10–965.   CITY OF LOVELAND, OHIO *v.* BOARD OF COMMISSIONERS OF HAMILTON COUNTY, OHIO, ET AL.   C. A. 6th Cir. Certiorari denied.

No. 10–975.   BONDS *v.* 143 NENUE HOLDINGS, LLC, ET AL. Int. Ct. App. Haw.   Certiorari denied.

No. 10–979.   FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES ET AL. *v.* BOGORFF ET AL.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 10–1034.   CATHOLIC LEAGUE FOR RELIGIOUS AND CIVIL RIGHTS ET AL. *v.* CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 10–1053.   PICON *v.* BENSON ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 10–1054.   CITY OF CINCINNATI, OHIO, ET AL. *v.* MILLER ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 10–1056.   DOE, FATHER OF MINOR DAUGHTER H. S., ET AL. *v.* SILSBEE INDEPENDENT SCHOOL DISTRICT ET AL.   C. A. 5th Cir.   Certiorari denied.